# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

09 MJ 8111

United States of America         Case # 8:09-CR-187-T23 MAP

Vs

Robert McKenzie        Prisoner # 73423-004

********************************************************************

To: Clerk's Office, United States District Court: (Circle One)

MIAMI       FORT LAUDERDALE       (WEST PALM BEACH)       FORT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
********************************************************************

All Items are to be completed. Information not applicable or unknown to be indicated by "N/A"

1). Date and Time of Arrest  4/30/09   0900 HRS.
2). Language(s) spoken  English
3). Offenses(s) charged  18 USC 2252, 18 USC 2422, 18 USC 1470
4). U.S. Citizen  Y
5). Date of Birth  06/01/1984
6). Type of charging document: (Check one)
   ☑ Indictment         ☐ Complaint to be filed/already filed
   ☐ Bench Warrant for failure to Appear
   ☐ Probation Violation Warrant
   ☐ Parole Violation Warrant
   ☐ Pretrial Services Warrant

Case # 8:09-CR-187-T23 MAP
Originating District  Middle District of Florida

FILED by ___ D.C.
MAY - 4 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Copy of Warrant left with booking Officer:  ☐ YES    ☐ NO

7). Amount of Bond _____ Who set Bond _____
8). Arresting Agent  G.H. Gay       Date  4/30/09
9). Agency  FBI                      Phone  772-437-____
10). Remarks: