# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

FILED by ___ D.C.
MAY - 1 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

## TRANSMITTAL LETTER

TO: UNITED STATES DISTRICT COURT
MID OF FLORIDA
801 NORTH FLORIDA AVE, TAMPA, FLORIDA 33602

RE: USA v ROBERT MCKENZIE
Our Case No. 09-8111-LRJ
8:09-CR-187-T23 MAP

DATE:

================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

_____ Original file

___X___ Certified File (pertinent papers only)

_____ Magistrate Proceedings -Original Pleadings

_____ CASH Bond   Amount $_____
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

UNITED STATES DISTRICT COURT
CLERK OF COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

Yours sincerely

By _____

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*